IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES W. RIDDLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3121 |
| | § | |
| | § | |
| TEX-FIN, INC. and T.A. HALL, JR., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in this court's Memorandum and Opinion of even date granting the motion for entry of judgment, James W. Riddle, it is ordered that Tex-Fin, Inc. must pay Riddle:

1. $3,323.61 in actual damages;

2. $3,323.61 in liquidated damages;

3. $32,175 in attorney's fees; and

4. $791.54 in costs of court.

Postjudgment interest will accrue on the above at .25 percent per annum.

This is a final judgment.

SIGNED on March 22, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge